## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RONALD B. CRABTREE | § | Case No. 11-20720 |
| LISA A. CRABTREE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on January 22, 2013
in Courtroom 613, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By:    _____Kenneth S. Gardner_____
                                                Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
§
RONALD B. CRABTREE  §   Case No. 11-20720
LISA A. CRABTREE  §
§
Debtor(s)  §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.09 |
| and approved disbursements of | $ | 12.30 |
| leaving a balance on hand of[1] | $ | 9,987.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 1,750.01 | $ 0.00 | $ 1,750.01 |
| Trustee Expenses: STEVEN R. RADTKE | $ 24.15 | $ 0.00 | $ 24.15 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,774.16 |
| Remaining Balance | $ 8,213.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 298,380.14  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Local Union 597 U. A. Pipe Fitters" Association | $ 3,301.91 | $ 0.00 | $ 3,301.91 |
| 4 | Local 597 Pipe Fitters" Retirement Fund | $ 156,945.01 | $ 0.00 | $ 2,612.43 |
| 5 | Local 597 Pipe Fitters" Welfare Fund | $ 104,404.13 | $ 0.00 | $ 1,737.86 |
| 6 | Local 597 Pipe Fitters" Training Fund | $ 28,202.33 | $ 0.00 | $ 469.44 |
| 7 | Local 597 The Industry Improvement Fund | $ 4,780.05 | $ 0.00 | $ 79.56 |
| 10 | Pipe Fitting Council Of Greater Chicago | $ 746.71 | $ 0.00 | $ 12.43 |

|   |   |
|---|---|
| Total to be paid to priority creditors | $ 8,213.63 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-20720-TAB
Ronald B. Crabtree                                                    Chapter 7
Lisa A. Crabtree
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: arodarte              Page 1 of 2              Date Rcvd: Dec 26, 2012
                               Form ID: pdf006             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2012.
```
db/jdb     +Ronald B. Crabtree,    Lisa A. Crabtree,    3042 Hoffman Court,    Dyer, IN 46311-1474
aty        +The Law Firm of Chill, Chill & Radtke P C,    79 West Monroe Street Ste 1305,
             Chicago, IL 60603-4925
17280486   +Action Mechanical, INC.,    c/o Law Office of Deborah K. Ebner,    11 E. Adams, Ste 904,
             Chicago, IL 60603-6306
17280488    American Express,   Box 0001,    Los Angeles, CA 90096-0001
18057015    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17280489    Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
17934088    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
17280491   +CitiMortgage,   PO Box 689196,    Des Moines, IA 50368-9196
18929322    Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
17628294   +Pipe Fitters Association Local 597, 401(k) Plan,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17280492   +Pipe Fitters Local 597 et al,    c/o Johnson & Krol LLC,    300 S. Wacker Drive, Ste 1313,
             Chicago, IL 60606-6601
17628292   +Pipe Fitters' Association, Local Union 597 U.A.,     c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17628288   +Pipe Fitters' Retirement Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17628290   +Pipe Fitters' Training Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17628289   +Pipe Fitters' Welfare Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17628293   +Pipe Fitting Council of Greater Chicago,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17280493   +Porter Pipe & Supply Co.,    c/o Chitkowski Law Offices,    801 Warrenville Rd., Ste 620,
             Lisle, IL 60532-4348
17628291   +The Industry Improvement Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
17280494   +Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17439457   +E-mail/Text: ally@ebn.phinsolutions.com Dec 27 2012 11:46:11     Ally Financial,
             P.O. Box 130424,   Roseville, MN 55113-0004
17280487   +E-mail/Text: ally@ebn.phinsolutions.com Dec 27 2012 11:46:11     Ally Financial,   PO Box 380901,
             Minneapolis, MN 55438-0901
17280490   +E-mail/Text: collectionsgroup@centralcu.net Dec 27 2012 12:31:56     Central Credit Union,
             1001 Mannheim Road,   Bellwood, IL 60104-2391
                                                                                              TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 28, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte             Page 2 of 2                   Date Rcvd: Dec 26, 2012
                              Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2012 at the address(es) listed below:
          James J Burns, JR    on behalf of Debtor Ronald B. Crabtree bandwlaw@sbcglobal.net
          James J Burns, JR    on behalf of Joint Debtor Lisa A. Crabtree bandwlaw@sbcglobal.net
          Jeffrey A Krol    on behalf of Creditor    Pipe Fitting Council of Greater Chicago
           jeffkrol@johnsonkrol.com
          Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Welfare Fund, Local 597
           jeffkrol@johnsonkrol.com
          Jeffrey A Krol    on behalf of Creditor    Chicago Area Mechanical Contracting Industry Improvement
           Trust jeffkrol@johnsonkrol.com
          Jeffrey A Krol    on behalf of Creditor    The Pipe Fitters Association, Local 597 U.A.
           jeffkrol@johnsonkrol.com
          Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Individual Account and 401(k) Plan
           jeffkrol@johnsonkrol.com
          Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Training Fund, Local 597
           jeffkrol@johnsonkrol.com
          Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Retirement Fund, Local 597
           jeffkrol@johnsonkrol.com
          John J Chitkowski    on behalf of Creditor    Porter Pipe & Supply Company jjc@chitkowskilaw.com,
           jennifer@chitkowskilaw.com
          Joseph E Mallon    on behalf of Creditor    Pipe Fitting Council of Greater Chicago
           mallon@johnsonkrol.com,
           gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
          Joseph E Mallon    on behalf of Creditor    Pipe Fitters Retirement Fund, Local 597
           mallon@johnsonkrol.com,
           gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
          Joseph E Mallon    on behalf of Creditor    Pipe Fitters Welfare Fund, Local 597
           mallon@johnsonkrol.com,
           gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
          Joseph E Mallon    on behalf of Creditor    Chicago Area Mechanical Contracting Industry
           Improvement Trust mallon@johnsonkrol.com,
           gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
          Joseph E Mallon    on behalf of Creditor    Pipe Fitters Individual Account and 401(k) Plan
           mallon@johnsonkrol.com,
           gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
          Joseph E Mallon    on behalf of Creditor    Pipe Fitters Training Fund, Local 597
           mallon@johnsonkrol.com,
           gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
          Joseph E Mallon    on behalf of Creditor    The Pipe Fitters Association, Local 597 U.A.
           mallon@johnsonkrol.com,
           gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
           sradtke@ecf.epiqsystems.com
          William P Callinan    on behalf of Creditor    Pipe Fitters Welfare Fund, Local 597
           william@johnsonkrol.com
          William P Callinan    on behalf of Creditor    Chicago Area Mechanical Contracting Industry
           Improvement Trust william@johnsonkrol.com
          William P Callinan    on behalf of Creditor    Pipe Fitters Retirement Fund, Local 597
           william@johnsonkrol.com
          William P Callinan    on behalf of Creditor    Pipe Fitters Training Fund, Local 597
           william@johnsonkrol.com
          William P Callinan    on behalf of Creditor    Pipe Fitters Individual Account and 401(k) Plan
           william@johnsonkrol.com
          William P Callinan    on behalf of Creditor    Pipe Fitting Council of Greater Chicago
           william@johnsonkrol.com
          William P Callinan    on behalf of Creditor    The Pipe Fitters Association, Local 597 U.A.
           william@johnsonkrol.com
                                                                              TOTAL: 27