UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
RONALD B. CRABTREE § Case No. 11-20720
LISA A. CRABTREE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                  Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                  Claims Discharged
                                                    Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/STEVEN R. RADTKE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Financial PO Box 380901 Minneapolis, MN 55438 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | | | | |
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | | | | |
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | | | | |
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | | | | |
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | | | | |
| | Central Credit Union 1001 Mannheim Road Bellwood, IL 60104 | | | | | |
| | Central Credit Union 1001 Mannheim Road Bellwood, IL 60104 | | | | | |
| | CitiMortgage PO Box 689196 Des Moines, IA 50368 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage PO Box 689196 Des Moines, IA 50368 | | | | | |
| | Wells Fargo Home Mortgage PO Box 14411 Des Moines, IA 50306 | | | | | |
| | Wells Fargo Home Mortgage PO Box 14411 Des Moines, IA 50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Local Union 597 U. A. Pipe Fitters" Association | | | | | |
| 4 | Local 597 Pipe Fitters" Retirement Fund | | | | | |
| 6 | Local 597 Pipe Fitters" Training Fund | | | | | |
| 5 | Local 597 Pipe Fitters" Welfare Fund | | | | | |
| 7 | Local 597 The Industry Improvement Fund | | | | | |
| 10 | Pipe Fitting Council Of Greater Chicago | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Pipe Fitters Local 597 et al c/o Johnson & Krol LLC 300 S. Wacker Drive, Ste 1313 Chicago, IL 60606 | | | | | |
| | Pipe Fitters Local 597 et al c/o Johnson & Krol LLC 300 S. Wacker Drive, Ste 1313 Chicago, IL 60606 | | | | | |
| | Porter Pipe & Supply Co. c/o Chitkowski Law Offices 801 Warrenville Rd., Ste 620 Lisle, IL 60532 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Porter Pipe & Supply Co. c/o Chitkowski Law Offices 801 Warrenville Rd., Ste 620 Lisle, IL 60532 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-20720 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | RONALD B. CRABTREE | | | | Date Filed (f) or Converted (c): | 05/16/2011 (f) |
| | LISA A. CRABTREE | | | | 341(a) Meeting Date: | 06/27/2011 |
| For Period Ending: | 02/11/2013 | | | | Claims Bar Date: | 12/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2715 Miller, Chicago Heights, IL 60411 | 78,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Location: 3042 Hoffman Court, Dyer, IN 46311 | 333,000.00 | 67,639.38 | | 10,000.00 | FA |
| 3. Savings Account with First Midwest Bank | 5,000.00 | 2,000.00 | OA | 0.00 | FA |
| 4. Central Credit Union Savings Account | 600.00 | 0.00 | OA | 0.00 | FA |
| 5. Central Credit Union Savings Account | 2,853.00 | 1,453.00 | OA | 0.00 | FA |
| 6. Prudential Life Insurance | 4,096.00 | 0.00 | OA | 0.00 | FA |
| 7. Prudential Life Insurance | 12,110.00 | 0.00 | OA | 0.00 | FA |
| 8. Pioneer Investments IRA | 2,078.00 | 0.00 | OA | 0.00 | FA |
| 9. Pioneer Investments IRA | 1,944.00 | 0.00 | OA | 0.00 | FA |
| 10. 401K | 5,375.00 | 0.00 | OA | 0.00 | FA |
| 11. 401K | 8,234.00 | 0.00 | OA | 0.00 | FA |
| 12. Monroe Medical 401K | 57,401.00 | 0.00 | OA | 0.00 | FA |
| 13. American Funds 401K | 3,729.00 | 0.00 | OA | 0.00 | FA |
| 14. Lisa Crabtree owns 100% stock of Action Mechanical, Inc. Ass | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. 2008 Chevrolet Impala Over 40,000 miles | 11,550.00 | 11,550.00 | OA | 0.00 | FA |
| 16. 2006 VW Jetta Over 67,000 miles | 9,950.00 | 9,950.00 | OA | 0.00 | FA |
| 17. 2004 Chevrolet Silverado Over 40,000 miles | 8,412.00 | 8,412.00 | OA | 0.00 | FA |
| 18. 2006 Dodge Stratus - Over 85,000 miles | 5,225.00 | 0.00 | OA | 0.00 | FA |
| 19. 3 dogs, 2 horses | 0.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.09 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $549,557.00 $101,004.38 $10,000.09 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

Property in Dyer, Indiana attempting to sell.  need to employ broker; debtors made offer to Trustee; offer approved; TFR prepared and sent to UST for review 11/12/12; approved but then needed to be amended; up for hearing on 1/22/13;

Exhibit 8

Initial Projected Date of Final Report (TFR): 08/26/2013     Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-20720 | Trustee Name: STEVEN R. RADTKE |
| Case Name: RONALD B. CRABTREE | Bank Name: Associated Bank |
| LISA A. CRABTREE | Account Number/CD#: XXXXXX0179 |
| | Checking |
| Taxpayer ID No: XX-XXX5177 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/11/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx1097 | Transfer of Funds | 9999-000 | $9,987.79 | | $9,987.79 |
| 01/23/13 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,750.01 | $8,237.78 |
| 01/23/13 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $24.15 | $8,213.63 |
| 01/23/13 | 1003 | Local Union 597 U. A. Pipe Fitters" Association<br>Pipe Fitters" Association, Local Union 597 U.A.<br>C/O Johnson & Krol, Llc<br>300 S. Wacker Drive, Suite 1313<br>Chicago, Il 60606 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 5300-000 | | $3,301.91 | $4,911.72 |
| 01/23/13 | 1004 | Pipe Fitting Council Of Greater Chicago<br>C/O Johnson & Krol, Llc<br>300 S. Wacker Drive, Suite 1313<br>Chicago, Il 60606 | Final distribution to claim 10 representing a payment of 1.66 % per court order. | 5400-000 | | $12.43 | $4,899.29 |
| 01/23/13 | 1005 | Local 597 Pipe Fitters" Retirement Fund<br>Pipe Fitters" Retirement Fund, Local 597<br>C/O Johnson & Krol, Llc<br>300 S. Wacker Drive, Suite 1313<br>Chicago, Il 60606 | Final distribution to claim 4 representing a payment of 1.66 % per court order. | 5400-000 | | $2,612.43 | $2,286.86 |
| 01/23/13 | 1006 | Local 597 Pipe Fitters" Welfare Fund<br>Pipe Fitters" Welfare Fund, Local 597<br>C/O Johnson & Krol, Llc<br>300 S. Wacker Drive, Suite 1313<br>Chicago, Il 60606 | Final distribution to claim 5 representing a payment of 1.66 % per court order. | 5400-000 | | $1,737.86 | $549.00 |
| | | | Page Subtotals: | | $9,987.79 | $9,438.79 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-20720 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | RONALD B. CRABTREE | Bank Name: | Associated Bank |
| | LISA A. CRABTREE | Account Number/CD#: | XXXXXX0179 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5177 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/11/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/13 | 1007 | Local 597 Pipe Fitters" Training Fund<br>Pipe Fitters" Training Fund, Local 597<br>C/O Johnson & Krol, Llc<br>300 S. Wacker Drive, Suite 1313<br>Chicago, Il 60606 | Final distribution to claim 6 representing a payment of 1.66 % per court order. | 5400-000 | | $469.44 | $79.56 |
| 01/23/13 | 1008 | Local 597 The Industry Improvement Fund<br>The Industry Improvement Fund, Local 597<br>C/O Johnson & Krol, Llc<br>300 S. Wacker Drive, Suite 1313<br>Chicago, Il 60606 | Final distribution to claim 7 representing a payment of 1.66 % per court order. | 5400-000 | | $79.56 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,987.79 | $9,987.79 |
| Less: Bank Transfers/CD's | $9,987.79 | $0.00 |
| Subtotal | $0.00 | $9,987.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $9,987.79 |

Page Subtotals: $0.00   $549.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-20720 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | RONALD B. CRABTREE | Bank Name: | Bank of America |
| | LISA A. CRABTREE | Account Number/CD#: | XXXXXX1097 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX5177 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/11/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/12 | 2 | RONALD & LISA CRABTREE<br>3042 HOFFMAN COURT<br>DYER, IN 46311 | Purchase of Trustee's right, title and interest in real estate | 1110-000 | $10,000.00 | | $10,000.00 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $10,000.01 |
| 08/31/12 | INT | Bank of America | | 1270-000 | $0.08 | | $10,000.09 |
| 08/31/12 | | Bank of America | | 2600-000 | | $12.30 | $9,987.79 |
| 08/31/12 | | Transfer to Acct # xxxxxx0179 | Transfer of Funds | 9999-000 | | $9,987.79 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.09 | $10,000.09 |
| Less: Bank Transfers/CD's | $0.00 | $9,987.79 |
| Subtotal | $10,000.09 | $12.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.09 | $12.30 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0179 - Checking | $0.00 | $9,987.79 | $0.00 |
| XXXXXX1097 - Money Market Account | $10,000.09 | $12.30 | $0.00 |
| | $10,000.09 | $10,000.09 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.09 |
| Total Gross Receipts: | $10,000.09 |

Page Subtotals: $0.00    $0.00